CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Wayne C. Arnold
warnold@lurie-zepeda.com
LURIE ZEPEDA SCHMALZ HOGAN & MARTIN
1875 Century Park E Ste 2100
Los Angeles, CA 90067
Telephone: (310)274-8700
Facsimile: (310)274-2798
Attorney for Defendant
Thrifty Payless, Inc. and Bolo Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, <br><br> Plaintiff, <br><br> v. <br><br> BOLO CORPORATION, a California Corporation; THRIFTY PAYLESS, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 2:17-CV-2624 MWF (PJWX) <br><br> **JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court

schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: June 9, 2017         CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: June 9, 2017         LURIE ZEPEDA SCHMALZ HOGAN & MARTIN

By: /s/ Wayne Arnold
    Wayne C. Arnold
    Attorney for Defendant
    Thrifty Payless, Inc.
    Bolo Corporation

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Wayne C. Arnold, counsel for Bolo Corporation and Thrifty Payless, Inc., and that I have obtained Mr. Arnold's authorization to affix his electronic signature to this document.

Dated: June 9, 2017

CENTER FOR DISABILITY ACCESS

By:    /s/ Phyl Grace
       Phyl Grace
       Attorney for Plaintiff