# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 17-2624-MWF(PJWx)**                    Dated: **June 12, 2017**

Title:       Shirley Lindsay -*v*- Bolo Corporation, et al.

_____

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                       None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE

    In light of the Notice of Settlement filed June 9, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **August 14, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**