CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

Wayne C. Arnold
warnold@lurie-zepeda.com
LURIE ZEPEDA SCHMALZ HOGAN & MARTIN
1875 Century Park E Ste 2100
Los Angeles, CA 90067
Telephone: (310)274-8700
Facsimile: (310)274-2798
Attorney for Defendants
Thrifty Payless, Inc. and Bolo Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　Plaintiff,<br><br>　v.<br><br>BOLO CORPORATION, a California Corporation; THRIFTY PAYLESS, INC., a California Corporation; and Does 1-10,<br><br>　　　Defendants, | Case:2:17-CV-2624 MWF (PJWX)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 7/26/17          CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: 7/26/17          LURIE ZEPEDA SCHMALZ HOGAN & MARTIN

By: /s/Wayne C. Arnold
    Wayne C. Arnold
    Attorney for Defendant
    Thrifty Payless, Inc. and Bolo Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Wayne C. Arnold, counsel for Bolo Corporation and Thrifty Payless, Inc., and that I have obtained Mr. Arnold's authorization to affix his electronic signature to this document.

Dated: 7/26/17                    CENTER FOR DISABILITY ACCESS

                                  By:  /s/Phyl Grace_____
                                       Phyl Grace
                                       Attorneys for Plaintiff